# Updike, Kelly & Spellacy, P.C. _____ Counselors at Law

Hartford   •   New Haven   •   Stamford

**MERITAS**
LAW FIRMS WORLDWIDE
*An Alliance Member*

One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680

James N. Tallberg
(860) 548-2611
jtallberg@uks.com

October 3, 2003

*[stamp: RECEIVED 2003 OCT -7 A 9:07 CHAMBERS JANET C. HALL U.S. DISTRICT JUDGE]*

Hon. Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT   06604

Re:   Keeney v. New London, et al.
      3-99-CV-2096

Dear Judge Hall:

Pursuant to my telephone conversation with your Judicial Assistant Gail Szczygiel on October 2, 2003, I have enclosed a copy of my letter dated August 22, 2003, concerning the proposed Amended Judgment in this matter.  I had sent this letter to Attorney Bradley in draft form seeking his agreement.  It appears that the letter was not sent to you after Attorney Bradley and I agreed on its contents.

In sum, we agree that an amended judgment should enter in the amount of $437,856, plus costs, which we have agreed are $320 per your Honor's prior decision.  If your Honor would enter that Amended Judgment, we have the funds held in escrow and will release them in conjunction with the filing of a Satisfaction of Judgment by Attorney Bradley.

Thank you for your assistance in bringing closure to this matter.

Very truly yours,

*[signature]*

JAMES N. TALLBERG

JNT/cmb
Enclosure

cc:   Michael Bradley, Esq. (w/enclosure)

335865

*[handwritten margin note: The Clerk is directed to docket this letter. So Ordered. [signature] 10/15/03]*

# Updike, Kelly & Spellacy, P.C. _____ Counselors at Law

Hartford   •   New Haven   •   Stamford

One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680

**ṁ MERITAS**
LAW FIRMS WORLDWIDE

James N. Tallberg
(860) 548-2611
(860) 548-2680 Fax
jtallberg@uks.com

August 22, 2003

Hon. Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT   06604

Re:  <u>Keeney v. New London, et al.</u>
     3-99-CV-2096

Dear Judge Hall:

Pursuant to our telephone conference yesterday with Attorney Bradley, I suggest the following language be incorporated into an Amended Judgment:

"Therefore, it is ORDERED and ADJUDGED that if payment is tendered on behalf of defendants Lawrence Keating and Graham Mugovero in the total amount of $437,856, then this Judgment shall be deemed fully satisfied."

Thank you.

Very truly yours,

JAMES N. TALLBERG

JNT/cmb

cc:   Michael Bradley, Esq.

335865