FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BONNIE KEENEY, Administratrix | : | |
| of the ESTATE OF EDWARD J. | : | |
| NOLAN, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-99-CV-2096 (JCH) |
| | : | |
| CITY OF NEW LONDON, ET AL, | : | |
| Defendants. | : | OCTOBER 16, 2003 |

## SUPPLEMENT TO
## CORRECTED AND SUPPLEMENTED JUDGMENT [DKT. NO. 160]

The Corrected and Supplemented Judgment [Dkt. No. 160] is hereby supplemented, as agreed by the parties, as follows:

> "Therefore, it is ORDERED and ADJUDGED that if payment is tendered on behalf of defendants Lawrence Keating and Graham Mugovero in the total amount of $437,856, plus costs of $320, then this Judgment shall be deemed fully satisfied."

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of October, 2003.

Janet C. Hall
United States District Judge