FILED

2003 NOV -4 P 12: 19

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BONNIE KEENEY, ADMINISTRATRIX
OF THE ESTATE OF EDWARD J. NOLAN,

        Plaintiff,

    VS.                        CIVIL ACTION NO. 399 CV 2096(JCH)

CITY OF NEW LONDON, ET AL.,

                                              October 6, 2003

        Defendants,

---

## SATISFACTION OF JUDGMENT

The Plaintiff in the above- captioned matter hereby acknowledges the receipt of Four Hundred Thirty Eight Thousand One Hundred Seventy Six Dollars($438,176.00) in full and final satisfaction of the judgment entered in the above-captioned matter and avere that the judgment is fully satisfied.

        Respectfully submitted,

        _____
        Charles Michael Bradley
        Federal Bar #: ct03073
        39 Grove Avenue
        Westerly, RI 02891
        401-596-0808

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage pre-paid on this ⟶6⟵ day of October 6, 2003 to:

Attorney James Tallberg
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT  06123

_____
Charles Michael Bradley